UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

JEAN JEAN and KATHLEEN COMACK,

                               Plaintiffs,

            -against-

THE DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK,

                       Defendant.

--------------------------------------------------------------------x

**NOTICE OF
APPEARANCE**

24cv02264 (LB)

**TO THE CLERK OF THE COURT:**

                **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendant, The Department of Education of the City of New York, in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this action be directed to me at the address below.

Dated: New York, New York
       May 14, 2024

                       **HON. SYLVIA O. HINDS-RADIX**
                       Corporation Counsel of the City of New
                       York
                       100 Church Street, Second Floor
                       New York, New York 10007
                       (212) 356-2442
                       jreynold@law.nyc.gov

                    By:     /s/_____
                           J. Birt Reynolds
                           Assistant Corporation Counsel

Cc: Plaintiffs (via U.S. mail)