

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007-2601 | J. Birt Reynolds<br>Labor and Employment Law Division<br>Telephone: (212) 356-2442<br>Cell No.: (332) 323-0621 |
|---|---|---|

May 14, 2024

**Via CM/ECF**

Honorable Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  <u>Jean and Comack v. The Department of Education of the City of New York.</u>, 24-cv-2264 (LB)

Dear Magistrate Judge Bloom:

    I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and represent Defendant, the Department of Education of the City of New York, in the above-referenced matter. I was just assigned to this case and write to respectfully request an extension to July 9, 2024, for Defendant to file its response to Plaintiffs' Complaint. The current deadline to respond to the Complaint is May 16, 2024, and this is Defendant's first request for an extension of time. This Office contacted Plaintiffs via letter (because Plaintiffs did not provide any contact information other than their addresses) to request their consent and/or position on Defendant's request but Plaintiffs have not yet responded.

      The requested extension is necessary to permit this Office to investigate the allegations and prepare a proper response. Defendant thanks the Court for considering this request.

                                              Respectfully submitted,

                                              /**s**/
                                              J. Birt Reynolds
                                              Assistant Corporation Counsel
                                              jreynold@law.nyc.gov

cc: Plaintiffs (via regular mail)