# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE




*6991*

Index no : 1:24-CV-02264-LB

REC'D IN PRO SE OFFICE
MAY 16 '24 PM 12:36

| Plaintiff(s): | JEAN JEAN; KATHLEEN COMACK |
| --- | --- |
| | vs. |
| Defendant(s): | THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK |

State of New York - County of Queens        ss.:

**Pedro J Rodriguez**, being duly sworn deposes and says I am over the age of 18 years, I reside in the State of New York.

On **04/25/2024** at **10:26 AM**, I served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT JURY TRIAL DEMANDED with the index#1:24-CV-02264-LB** endorsed thereon on **THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK** at **C/O NYC LAW DEPARTMENT, 100 CHURCH STREET, NEW YORK, NY 10007** in the manner indicated below:

CORPORATION: By delivering a true copy of said documents to **A. GOEBLER, DOCKETING CLERK** of the above named corporation/government agency/entity. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK**, and the recipient responded in the affirmative.

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Male | White | Black | 35-45 | Sitting | 161-200 lbs |
| Other Features: Glasses, facial hair | | | | | |

Sworn to and subscribed before me on 04/25/2024

X _____
Pedro J Rodriguez
License#: 2024701
NSPS I, LLC dba NSPS PROCESS SERVERS
333 Glen Head Rd Ste 145B
Old Brookville, NY 11545
516-452-5696

_____
Notary Public,

ROBERT URENA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01UR6181882
Qualified in Queens County
My Commission Expires 02-11-2028

ORIGINAL