SCANNED  ORIGINAL

May 15, 2024

Kathleen Comack
17 Harbor Road
Oyster Bay NY, 11771
kccomack4@yahoo.com

Jean Jean
53 Periwinkle Road
Levittown, N.Y., 11756
jeanejean71@gmail.com

**VIA PRO SE**

Magistrate Lois Bloom
United States Court for the New York Eastern District
225 Cadman Plaza
Brooklyn, N.Y., 11201

RECD IN PRO SE OFFICE
MAY 16 '24 PM 12:30

RE:1:24-CV-02264-LB

Dear Honorable Judge Bloom,

Kathleen Comack and I, Jean Jean, are plaintiffs Pro Se in the above mentioned case. We are writing to inform you that we did receive correspondence from the City Law Department, from Yi Liu Assistant Corporation Counsel by mail on May 15, 2024, and by email from the ECF System on May 14, 2024, filed by Attorney J. Birt Reynolds, requesting a sixty day extension. We are preparing to respond to the request. We were informed on May 15, 2024 at 3:50 PM, that Attorney J. Brit Reynolds submitted to the court a letter to you requesting the extension. We were not given time to respond. Nonetheless we will respond in a timely fashion. We would appreciate it if you provide us with a motion schedule.

Thank you for your consideration.

Kathleen Comack

*Kathleen Comack*

Jean Jean

*Jean Jean*

CC: Attorney J. Birt Reynolds (via first class mail and email)

Submitted 5/16/2024 KC