UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JEAN JEAN and KATHLEEN COMACK,

                                       Plaintiffs,         **NOTICE OF APPEARANCE**

                -against-                        24 CV 02264 (LB)

THE DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK,

                                        Defendant.
------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, now assigned to represent the Department of Education of the City of New York, in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be addressed to me at the address below and that my name be inserted as Lead Counsel on the Docket Sheet for Defendant.

Dated:      New York, New York
             June 12, 2024

                                          Respectfully Submitted,

                                          **MURIEL GOODE-TRUFANT**
                                          Acting Corporation Counsel of
                                          the City of New York
                                          Attorney for the Defendant
                                          100 Church Street, 2nd Floor
                                          New York, New York 10007
                                          yil@law.nyc.gov

                            By:     _____/s/ Liu_____
                                            Yi Liu, Esq.
                                          Assistant Corporation Counsel

Cc: Plaintiffs (via e-mail and first-class mail)