

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007-2601

Yi Liu, Esq.
Assistant Corporation Counsel
Labor and Employment Law Division
Telephone: (212) 356-2533
Cell No.: (332) 323-0668

June 12, 2024

**Via CM/ECF**
Honorable Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Jean Jean & Kathleen Comack v. The Depart. of Ed. of The City of N.Y., No.: 24-CV-02264 (LB)

Dear Magistrate Judge Bloom,

    I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York representing Defendant, the Department of Education of the City of New York ("DOE"), in the above referenced action. I am writing to respectfully request an extension to July 8, 2024, for Defendant to file its response to Plaintiff's Complaint. The current deadline to respond to the Complaint is June 14, 2024, and this is Defendant's second request for an extension of time. The Defendant's first request for an extension of time was granted on May 15, 2024, extending the time to respond to June 14, 2024.

    On Monday, June 10, 2024, I contacted the Plaintiffs, via their email addresses that they provided in their letter to the Court dated May 15, 2024, to request their consent and/or position on Defendant's request; to date, Plaintiffs have not responded.[1]

    The requested extension is necessary so this Office can adequately investigate the allegations made in the Complaint and prepare a proper response. It has taken longer than expected to get necessary documents from DOE. This extension is also needed because of my current pre-existing case obligations, I also have multiple filings due this current week for older cases.

---

[1] The Plaintiffs have not responded to the undersigned's letter dated May 15, 2024, asking Plaintiffs for their contact information such as telephone numbers and e-mail addresses so the parties can have a more efficient and faster communication.

considering the Fourth of July holiday in the first week of July 2024, I am asking for the extension to be after the holiday.

      For the reasons set forth above, I respectfully request an extension of time to respond to the Complaint on behalf of the Defendant to July 8, 2024.

      Thank you for your time and consideration on this matter.

Respectfully submitted,

/s/ Liu

Yi Liu<br>
Assistant Corporation Counsel<br>
yil@law.nyc.gov

Cc:    <u>via e-mail and first-class mail</u>
Jean Jean
53 Periwinkle Road
Levittown, NY 11756
Jeanejean71@gmail.com,
jeanjean71@gmail.com

Kathleen Comack
17 Harbor Road
Oyster Bay, NY 11771
kccomack4@yahoo.com