FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 0 1 2024 ★

BROOKLYN OFFICE

Jean Jean
jeancommack@gmail.com
516-343-4109

Kathleen Comack
jeancommack@gmail.com
516-640-7235

<u>**VIA email and USPS First Class Mail Certified**</u>                                            **June 20, 2024**

Judge Lois Bloom
Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Attorney Yi Liu
yil@law.nyc.gov

RE:  Jean Jean & Kathleen Comack v. The Depart. of Ed. of The City of N.Y.,
No.: 24-CV-02264 (LB)

Dear Magistrate Judge Bloom,

I, Jean Jean, and Kathleen Comack are Pro Se Plaintiffs in the above cited case and we are writing this letter to detail the lack of contact we have had from the Attorney for the City of New York (Corporation Counsel). Both of us have not received the request for an Extension of time from Mr. Liu because, for example, the email to Jean Jean, JeaneJean71@gmail.com, was not received due to an error in the email.  The email was sent to JeaneJean17@gmail.com and jeanjean71@gmail.com. (document attached).  Neither of these emails are the emails provided in our previous correspondences on May 15, with the Attorney for the City of N.Y., Ms. Liu and Mrs. Reynolds.

Additionally, we would like to provide a timeline of the events that have taken place thus far with the Attorney for the City of New York, in support of our statement of a lack of sufficient time to respond to the requests made for an extension of time. On June 10, 2024, Ms. Comack received an email at 3:49 pm from the Attorney for the City of New York.  Ms. Jean did not receive this email, due the incorrect emails used (jeanjean71@gmail.com and Jeanjean17@gmail.com). This email stated that Ms. Liu was now taking over the case from J. Birt Reynolds and requested an extension of time to respond.  On June 12, 2024, an email was received at 6:35 pm, by Ms. Comack  but not Ms. Jean, (again due to an incorrect email for Ms. Jean), from the Attorney for the City of New York. Two documents were attached to this email,  document #13 Notice of Appearance and document #14 the Motion for extension of time to file. On June 12, 2024,  activity from the ECF, alerted  Ms. Comack and Ms. Jean of activity in the case. Ms. Liu submitted a letter to the Magistrate Bloom, requesting a time extension and a notice of appearance and the time stamp was 6:33 pm.

#16

June 17, 2024, a letter was received by Ms. Jean via First Class Mail (document #14 ) postmarked June 13, 2024.

As you can see by the above timeline, the opportunity to respond to the request by both parties was not possible, since Ms. Jean did not receive any correspondence until June 17, 2024 with the request sent via USPS mail, and Ms. Comack had inadequate time to submit a response. Ms. Liu then submitted her request to the court on June 12, 2024 @6:33 PM.

In response the reference 1 on the bottom of document #14, Ms. Comack and Ms. Jean did respectively respond to the request to provide contact emails and phone numbers on May 15, 2024, and a letter was sent via email, USPS and filed in person in the Eastern District Court in Brooklyn, New York at the Pro Se counter at 2:30 pm on May 16th. This is document #12 in Pacer. In this letter it clearly states Ms. Jean's email as jeanejean71@gmail.com. At no other time were the incorrect emails used or provided to the Attorney for the City of New York. The incorrect emails I am referring to are jeanjean71@gmail.come and Jeanejean17@gmail.com. (document attached).

Ms. Comack and Ms. Jean consent to the request for a time extension by Ms. Liu, with the date of July 8, 2024.

We again respectively request a motion calendar from the court. All parties and the Magistrate are notified of this response, via First Class Certified Mail sent to Magistrate Lois Bloom and emailed and sent First Class Certified mail to the Attorney for the City of New York, Ms. Liu.

In light of these issues, we have created a new email, namely jeancommack@gmail.com which we request is the email of record moving forward. We have also let the Court Pro Se Office know as well. And we have added our telephone numbers at the top.

Thank you for your consideration,

Kathleen Comack

Jean Jean

CC:    Via- email and first class mail

Ms. Yi Liu
Labor and Law Division
100 Church Street
New York, N.Y., 10007

 **Liu, Yi**                                          Jun 10
To: Me & 2 more

From
Liu, Yi
yil@law.nyc.gov

To:
kccomack4@yahoo.com
jeanjean71@gmail.com
jeanejean17@gmail.com

Date:
Jun 10 at 3:49 PM

Dear Ms. Jean and Ms. Comack,

I am reaching out to both of you with respect your case against the Department of Education. I am taking over the case from ACC Birt Reynolds. I am working on the response to your complaint and will need some additional time to get files so I can file a proper response. I am requesting your consent to an extension until July 8, 2024, for the DOE to file its response to your Complaint. The DOE's response is currently due June 14, 2024. Please let me know whether you will consent at your very earliest convenience.

Thank you.

Yi Liu, Esq.
Assistant Corporation Counsel
Labor and Employment Division
NYC Law Department
O: 212-356-2533
C: 332-323-0668

Jonathan Corbett
53 Periwinkle Road
Levittown, NY 11756

U.S. POSTAGE PAID
FCM LETTER
EAST MEADOW, NY 11554
JUN 20, 2024

$8.73

S2324H503310-04

11201

*Retail*

RDC 99

Honorable Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

CERTIFIED MAIL

7589 0710 5270 1334 2227 76