UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
JEAN JEAN and KATHLEEN COMACK,

                Plaintiffs,                              **ORDER**
                                                     **24 CV 02264 (LB)**

   -against-

THE DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK,

                Defendant.
-------------------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

      In light of defendant's request to file a motion to dismiss plaintiffs' complaint, ECF No. 18, the Clerk of Court is directed to assign this case to a district judge.

SO ORDERED.

                                                                     /S/
                                                    LOIS BLOOM
                                                    United States Magistrate Judge

Dated: July 10, 2024
       Brooklyn, New York