**Received Pro Se Office via Box.com**
**September 12, 2024**
**3:54pm**

Jean Jean
53 Periwinkle Road
Levittown, NY, 11756
jeancommack@gmail.com
516-343-4109

Kathleen Comack
17 Harbor Road
Oyster Bay, NY, 11771
jeancomack@gmail.com
516-640-7235

**BY ECF TO PRO SE DESK**

Honorable Judge LaShann Dearcy Hall                          September 4, 2024
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Attorney Yi Liu
yil@law.nyc.gov

Re: **Jean Jean & Kathleen Comack v. The Depart. of Ed. of The City of N.Y.,**
**No.: 24-CV-02264 (LDH & LB)**

Dear Judge Dearcy Hall,

        We are the pro se Plaintiffs in the above captioned case which is now before you. We are writing in response to the request from the City of New York Law Department for a time extension to file their motion to dismiss, which was set to be filed on September 3, 2024, as set forth by the court.

        Ms. Jean and Ms. Comack would like to inform the court that we were told about this request on September 3, 2024 at 3:01 PM via email. In that email it states that Mr. Liu was unable to reach us via telephone due to, he said, his inability to reach us via telephone due to a number not in service message.

        We would like to inform the court that we have not had an interruption in service on either of our phone numbers and have provided working phone numbers several times in our correspondence with the court and with Mr. Liu.  After receiving the email on September 3, 2024

at 3:01 PM. I, Jean Jean immediately responded to the email and stated my current phone number and that no changes had been made.

Mr Liu returned my call <u>after</u> sending his letter to you asking for an extension of time to send his papers to me and Ms. Comack, and after he received the email from me about my phone working well.

We, the Plaintiffs pro se, have not been notified of this request in a timely fashion. Unfortunately, this pattern of delayed notifications to us continues to impede our responding to the Defendants in a timely fashion without submitting unnecessary letters to you. We apologize, but we have made every effort to be available to the Defendants at all times yet we believe that the City is ignoring our offer and needlessly contacting the Court.

We would consent to an extension of time for the City to September 16, 2024, and we would request that we can respond on or about October 14, 2024, so that we have time to research the case law.

We are emailing a copy of this letter to the Defendant's Attorney Yi Liu.

Thank you,

Jean Jean"/s/ (Jean Jean)."
Kathleen Comack "/s/ (Kathleen Comack)."

CC: Yi Liu