

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

**Yi Liu, Esq.**
Assistant Corporation Counsel
**Labor and Employment Law Division**
Telephone: (212) 356-2533
Cell No.: (332) 323-0668

September 30, 2024

<u>Via e-mail and First Class mail</u>
Jean Jean
53 Periwinkle Road
Levittown, NY 11756
jeancommack@gmail.com

Kathleen Comack
17 Harbor Road
Oyster Bay, NY 11771
jeancommack@gmail.com

Re:   <u>Jean et al. v. The Department of Education of The City of New York</u>
       No.: 24-CV-02264 (LDH)(LB)

Dear Ms. Jean and Ms. Comack,

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York representing Defendant, the Department of Education of the City of New York ("DOE"), in the above referenced action. Please find enclosed, for service on you, Defendant's Motion to Dismiss the Complaint.

Sincerely,

Yi Liu
Assistant Corporation Counsel
yil@law.nyc.gov