

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small>
L<small>AW</small> D<small>EPARTMENT</small>
100 CHURCH STREET
NEW YORK, NY 10007-2601

**Yi Liu, Esq.**
**Assistant Corporation Counsel**
**Labor and Employment Law Division**
Telephone: (212) 356-2533
Cell No.: (332) 323-0668

November 13, 2024

<u>Via CM/ECF</u>
Honorable Judge LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Jean Jean & Kathleen Comack v. The Depart. of Ed. of The City of N.Y., No.: 24-CV-02264 (LB)</u>

Dear Judge Hall,

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York representing Defendant, the Department of Education of the City of New York ("DOE"), in the above referenced action. I am writing to respectfully request an extension to November 29, 2024, for Defendant to file its reply, along with Defendant's motion to dismiss, and Plaintiff's opposition to same.

As per the Court's order dated September 19, 2024, Defendant served its motion to dismiss on September 30, 2024, and notified the Court. On October 30, 2024, Plaintiffs served their opposition to the motion to dismiss. Defendant's reply is due Friday, November 15, 2024.

I respectfully request Defendant's deadline to serve its reply be extended to November 29, 2024. This is Defendant's first request to extend the time to file its reply per the briefing schedule set by the Court. The briefing schedule was revised and extended once prior on Defendant's motion. Yesterday, I contacted Plaintiffs but they have not responded to indicate whether they consent or oppose this request.

The short extension is necessary so I can finalize Defendant's reply in light of the numerous conflicting obligations and deadlines in my other cases.

For the reasons set forth above, I respectfully request an extension of time for Defendant to file its reply until November 29, 2024.

Thank you for your time and consideration of this matter.

Respectfully submitted,

Yi Liu
Assistant Corporation Counsel
yil@law.nyc.gov

Cc: <u>via e-mail and first-class mail</u>
Jean Jean
53 Periwinkle Road
Levittown, NY 11756
jeancommack@gmail.com

Kathleen Comack
17 Harbor Road
Oyster Bay, NY 11771
jeancommack@gmail.com