**RECEIVED IN THE PRO SE OFFICE**
**NOV 13, 2024, 5:33PM**
**VIA BOX.COM**

Jean Jean
53 Periwinkle Road
Levittown, NY, 11756
jeancommack@gmail.com
516-343-4109

Kathleen Comack
17 Harbor Road
Oyster Bay, NY, 11771
jeancomack@gmail.com
516-640-7235

November 13, 2024

**By EFC to Pro Se Desk and Email to Mr. Liu**

Honorable Judge LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Attorney Yi Liu
yil@law.nyc.gov

RE:   Jean Jean & Kathleen Comack v. The Depart. of Ed. of The City of N.Y.,

No.: 24-CV-02264 (LDH & LB)

Dear Honorable Judge Hall,

   Kathleen Comack and I, Jean Jean give consent to the extension of time to reply to our opposition to the motion to dismiss for the city court counsel until November 29, 2024. We received this request on Tuesday, November 12, 2024 at 11:54 am.
We have emailed Mr. Liu our response on November 13, 2024.

                                        Sincerely,

                                        Jean Jean "/s/ (Jean Jean)."

                                        Kathleen Comack"/s/" (Kathleen Comack)."

CC: Yi Liu
Assistant Corporation Counsel
yil@law.nyc.gov