UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JEAN JEAN and KATHLEEN COMACK,

                            Plaintiffs,

     -against-

THE DEPARTMENT OF EDUCATION OF THE CITY
OF NEW YORK,

                            Defendant.

------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

24-cv-2264(LDH)(LB)

       **PLEASE TAKE NOTICE** that **KATHLEEN M. LINNANE**, Assistant Corporation Counsel, on behalf of Muriel Goode-Trufant, Corporation Counsel of the City of New York, appears herein as counsel of record for defendant Department of Education of the City of New York. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be directed to me at the address below.

Dated:     New York, New York
            July 8, 2025

                                **MURIEL GOODE-TRUFANT**
                                Corporation Counsel of the
                                  City of New York
                                Attorney for Defendant
                                100 Church Street, Room 2-190
                                New York, New York 10007
                                (212) 356-2467
                                klinnane@law.nyc.gov

                      By:    /s/ *Kathleen M. Linnane*
                                  Kathleen M. Linnane
                                Assistant Corporation Counsel

Cc: Plaintiffs (via ECF and U.S. mail)