*** Filed ***
05:08 PM, 23 Oct, 2025
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

x

**JEAN JEAN, and KATHLEEN COMACK**

Plaintiffs DOCKET NO. 24-cv -02264-LDH-CHK

-against-

**RESPONSE TO ORDER TO SHOW CAUSE**

**THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK,**

Please not Honorable Judge Hall when uploading our response to order to show cause this document somehow was left out. I apologize for any inconvenience this may cause.

Sincerely,
Jean Jean /s/
Kathleen Comack /s/