*** Filed 06:46 PM, 24 Oct, 2025 U.S.D.C., Eastern District of New York ***

Jean Jean
jeancommack@gmail.com
516-343-4109
Kathleen Comack
jeancomack@gmail.com
516-640-7235

**October 24, 2025**

**To:  By EFC to  Pro Se Desk and Email to Mr. Liu**

Honorable Judge LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Jean Jean & Kathleen Comack v. The Depart. of Ed. of The City of N.Y.,

No.: 24-CV-02264 (LDH & LB)

Dear Honorable Judge La Shann DeArcy Hall:

We  are writing as the **pro se litigants** in the above-referenced matter to respectfully clarify that a document referenced in our filing was **not uploaded to the court's electronic filing system due to a computer error**.

On **October 14, 2025, at 12:48 PM**, We submitted our filing through the **ECF system**, which included the **Order to Show Cause** and **126 pages of supporting evidence**. Later that same day, at **3:55 PM**, We also **emailed a complete copy of all documents to Attorney Yin Liu at the New York City Law Department**, in a timely manner. As you can see, we did have the Order to Show Cause prepared and ready for filing, as Attorney Liu did in fact receive it by email.  Attorney Liu did **not confirm receipt** of that email.

Upon receiving notice of the **dismissal**, We reviewed our records and discovered that the **Order to Show Cause was not properly attached to the ECF submission** due to an unforeseen computer or upload error. We  had no intention of omitting it from the court's record and sincerely apologize for any inconvenience this may have caused.

Throughout the court proceedings, we have submitted all required documents in a timely manner, both through the ECF system and by email, demonstrating our ongoing effort to comply with all court requirements and deadlines. We are very thorough in our submissions and again sincerely apologize for this error.

We respectfully request that the Court accept this explanation and allow the missing document(s) to be entered into the record to ensure a complete and accurate case. file for reconsideration. We have included the Order to Show Cause with this letter.

Thank you for your time, understanding, and consideration.

Respectfully submitted,

_____

Jean Jean /s/

Kathleen Comack /s/

Case 1:24-cv-02264-LDH-CHK   Document 38-1   Filed 10/24/25   Page 2 of 2 PageID #: 449